IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FINISHMASTER, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXCEL COLLISION CENTERS, LLC, *et al.*, <br><br> *Defendants*. | CIVIL ACTION <br> NO. 19-04518 |

## ORDER

**AND NOW**, this 11th day of December 2019, upon consideration of Plaintiffs' Request for Default and Default Judgment (ECF No. 5), which the Court construes as a motion of default judgment under Federal Rule of Civil Procedure 55(b)(2), it is **ORDERED** that:

1. Plaintiffs' Motion is **GRANTED**;

2. Plaintiffs shall **SUBMIT** all documentary evidence necessary to support its request for attorneys' fees by **Friday, January 3, 2020**; and

3. The Clerk of Court is **DIRECTED** to defer entering judgment on Plaintiffs' claims pending the Court's computation of the appropriate amount of attorneys' fees.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1