IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FINISHMASTER, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>EXCEL COLLISION CENTERS, LLC, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 19-04518 |

## ORDER

**AND NOW**, this 20th day of February 2020, upon consideration of Plaintiffs' Request for Default and Default Judgment (ECF No. 5), Motion for Attorneys' Fees & Costs (ECF No. 8), Affidavits in Support of Motion for Attorneys' Fees & Costs (ECF Nos. 9, 11, 12 & 13) and Memorandum in Support of Private Investigator Costs (ECF No. 14), it is **ORDERED** that:

1) Plaintiffs' Motion for Attorneys' Fees & Costs (ECF No. 8) is **GRANTED in part and DENIED in part**. Specifically, the Court:

    a) **GRANTS** the request for $4,901.85 in attorneys' fees and $760.22 in costs; and

    b) **DENIES** the request for $427.50 in fees for a private investigator.

2) The Clerk of Court is **DIRECTED** to:

    a) **ENTER JUDGMENT** in favor of Plaintiffs against Excel Collision Centers, LLC and Timothy Stone in the amount of $250,197.72; and

    b) **MARK** this case closed.

1

BY THE COURT:


**_/s/ Gerald J. Pappert_**
GERALD J. PAPPERT, J.